IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| | |
|---|---|
| LAUREN SHIFLETT, an individual, *on behalf of herself and all others similarly situated*, | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| VIAGOGO ENTERTAINMENT INC., | ) ) |
| Defendant. | ) |

Case No. 8:20-cv-1880-JSM-AAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## STIPULATION OF DISMISSAL

Plaintiff Lauren Shiflett and Defendant Viagogo Entertainment, Inc. hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action. The dismissal is with prejudice as to Plaintiff's individual claims, and without prejudice to claims of proposed class members other than Plaintiff.

In accordance with the Court's August 9, 2021 Order, a proposed final order is attached as Exhibit A.

Dated: August 11, 2021                                        Respectfully submitted,

By: */s/ Jamisen A. Etzel* (filer)
Gary F. Lynch (admitted p.h.v.)
Jamisen A. Etzel (admitted p.h.v.)
Nicholas A. Colella (admitted p.h.v.)
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

By: */s/Frank Talbott V* (w/consent)
Frank Talbott V (admitted p.h.v.)
Emily Y. Rottmann
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1000
(804) 775-1061 (fax)
**MCGUIREWOODS LLP**
ftalbott@mcguirewoods.com

1

glynch@carlsonlynch.com
jetzel@carlsonlynch.com
ncolella@carlsonlynch.com

Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
**EDELSBERG LAW, PA**
20900 NE 30th Ave.,
Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320

*Counsel for Plaintiff*

erottmann@mcguirewoods.com

*Counsel for Defendant*